1  Shellie Lott, SBN:    246202
   CERNEY KREUZE & LOTT, LLP
2  42 N. Sutter Street, Suite 400
   Stockton, CA 95202
3  (209) 948-9384

4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NOREEN LYNETTE THOMPSON, | No. 2:13-cv-01787-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of March 13, 2014, by forty-five days, to the new response date of April 28, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff's writer has a family emergency which requires her attention.

///

///

///

///

///

1

| | |
|---|---|
| DATED: March 13, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| /s/ Shellie Lott<br>SHELLIE LOTT,<br>Attorney for Plaintiff | /s/ Paul Sachelari<br>PAUL SACHELARI,<br>(As authorized via E-mail on 03/13/14)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before April 28, 2014.

SO ORDERED.

DATED: March 18, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2