Shellie Lott, SBN:   246202

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NOREEN LYNETTE THOMPSON,

        Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

No.  2:13-CV-01787-EFB

**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 20, 2014, by twenty-one days, to the new response date of July 11, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

DATED:  June 27, 2014 BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX


/s/ Shellie Lott                              /s/Paul Sachelari
SHELLIE LOTT, PAUL SACHELARI,
Attorney for Plaintiff (As authorized via E-mail on 06/27/14)
Special Assistant U S Attorney
Attorneys for Defendant


Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply on or before July 11, 2014.

SO ORDERED.

DATED:  June 30, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2