1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   PAUL SACHELARI, CSBN 230082
4  Special Assistant United States Attorney
5          Social Security Administration
           160 Spear St., Suite 800
6          San Francisco, CA  94105
           Telephone:  (415) 977-8933
7          Facsimile:  (415) 744-0134
           Email:  paul.sachelari@ssa.gov
8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| NOREEN LYNETTE THOMPSON, | No. 2:13-cv-01787-EFB |
| Plaintiff, | **STIPULATION FOR AWARD OF EAJA FEES** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of six thousand dollars ($6,000.00), under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

EAJA Stip; 2:13-cv-01787-EFB            -1-

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff,</u> 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and costs to be made directly to plaintiff's counsel Shellie Lott, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel Shellie Lott.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees connection with this action.

Respectfully submitted,

Date: *June 23, 2015*   Cerney Kreuze & Lott, LLP

By:   */s/ Shellie Lott\**
      SHELLIE LOTT
      *By email authorization

Attorney for Plaintiff

/////

/////

/////

/////

EAJA Stip; 2:13-cv-01787-EFB                -2-

```
                              BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Regional Chief Counsel, Region IX,
                              Social Security Administration

                    By:       /s/ Paul Sachelari
                              PAUL SACHELARI
                              Special Assistant United States Attorney
                              Attorneys for Defendant
```

ORDER

APPROVED AND SO ORDERED.

DATED:  June 29, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE